ACCEPTED
15-25-00026-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/9/2025 1:39 PM
CHRISTOPHER A. PRINE
CLERK

# No. 15-25-00026-CV

**IN THE FIFTEENTH COURT OF APPEALS**

**AUSTIN, TEXAS**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/9/2025 1:39:35 PM
CHRISTOPHER A. PRINE
Clerk

**Dr. Eric Vanderwerff, D.C., Appellant**

**v.**

**Texas Department of Insurance - Division of Workers' Compensation, DWC, and DWC Commissioner Jeff Nelson in his Official Capacity, Appellee**

On appeal from the 455th District Cout of Travis County in Case No. D-1-GN-23-004200 the Honorable Karin Crump Presiding District Judge

## APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF

TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:

Appellant, Dr. Eric Vanderwerff, D.C., respectfully asks this Honorable Court to extend the time by thirty days the time to file Appellant's brief primarily due to the ongoing handling of the death of Appellant's counsel's mother and other briefing and legal deadlines including Texas Supreme Court ongoing briefing.

### A. Introduction

1. The Appellant is Dr. Eric Vanderwerff, D.C., a Texas healthcare provider including providing care to injured workers under the Texas Workers' Compensation Act.

2. The Appellee is Texas Department of Insurance - Division of Workers' Compensation, DWC, and DWC Commissioner Jeff Nelson in his Official Capacity, the workers' compensation state agency and agency head charged with regulating workers' compensation matters.

3. This current deadline is May 12, 2025 for the Appellant's brief.

4.  This motion is filed on May 9, 2025, before the current deadline of May 12, 2025, and within the additional 15 days to file a motion to extend the brief as required by Texas Rules of Appellate Procedure and Texas Rules of Appellate Procedure Rule 38.6.

5.  Lead counsel for Appellee indicated Appellee is unopposed to this motion.

6.  This is the first motion to extend time to file Appellant's brief.

7.  Appellant's lead and solo counsel has been the primary caregiver and guardian for his mother, who has recently passed away, and this has unfortunately caused counsel to need to delay this matter and other legal matters while trying to continue to handle family matters and meet other legal deadlines including getting a brief filed with the Texas Supreme Court in Cause No. 25-0254 on April 30th with responses due on May 30, 2025.  Counsel also has other matters ongoing which do not allow extensions.  The last few months have continued to be very mentally taxing on Counsel for Appellant.

## B.    Argument & Authorities

8.    This Court has authority under the Texas Rules of Appellate Procedure including Rule 38.6, to grant Appellant additional time to file the brief.

9.    Appellant requests an additional thirty additional days from the original current deadline of May 12, 2025, to file the brief extending the deadline until Wednesday, June 11, 2025.

10.    No prior extensions have been requested.

11.    Appellant shows:

a.    Appellant needs additional time to file the brief because Appellant's counsel has been primarily responsible for managing  and providing live-in hospice level care with family health matter for his mother, who just recently passed away, and Counsel is continuing to handle these family matters.  Appellant's counsel is still mourning and has been busy taking care of these family personal matters. Lead counsel is a solo practitioner and has had an extremely heavy workload with prior deadlines and hearings and adjustments with the current family personal matters.  Counsel is also currently lead counsel of record in the Texas Supreme Court, with ongoing briefing, and other Courts of Appeals and District Court matters in San Jacinto County, Travis County, Bexar County, Bee County, Harris County, Bell County, and other counties with upcoming settings and

adjustments. Primarily, Appellant's counsel family personal matters and the death of his mother are the main reason for this extension request.

b. For the reasons contained herein, Appellant is filing this Unopposed Motion to Extend Time in this matter.

c. To be able to file the succinctly and adequately file the brief in this significant workers' compensation matter an additional 30 day extension from the current deadline is requested.

## C. Conclusion

This motion to extend time to file Appellant's brief is not for the purposes of delay but for time for adequate and succinct briefing and more time to review the opinion and the record in this significant workers' compensation matter.

## D. Prayer

12. For these reasons, primarily due to the ongoing handling of family matters with the death of counsel's mother, Appellant respectfully prays and asks the Court to grant this unopposed motion for extension of time to file the brief from the 30 days from the current due date extending the date until June 11, 2025. Appellant requests all other relief to which Appellant is entitled.

Respectfully,

/s/ Brad McClellan

Bradley Dean McClellan
Law Office of Brad McClellan
State Bar No. 13395980
Board Certified in Workers' Compensation Law,
Texas Board of Legal Specialization
2904 Bowman Avenue
Austin, Texas, 78703
Phone: 512-694-8843
Fax: (512) 564-4284
Brad.McClellan@yahoo.com
Attorney for Appellant

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Laura McGee, lead counsel for Appellee by email, and she is graciously unopposed to the Appellant's Motion to Extend Time.

/s/ Brad McClellan
Bradley Dean McClellan

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served through counsel of record by the method indicated below on May 9, 2025:

Lauren McGee                                      *Via eservice and email*
Assistant Attorney General
Office of the Attorney General of Texas
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-3203
Lauren.mcgee@oag.texas.gov
Attorney for Appellees

<u>/s/ Brad McClellan</u>
Bradley Dean McClellan

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Bradley McClellan on behalf of Bradley McClellan
Bar No. 13395980
brad.mcclellan@yahoo.com
Envelope ID: 100655642
Filing Code Description: Motion
Filing Description: Appellant's Unopposed Motion to Extend Time to File Brief
Status as of 5/9/2025 1:54 PM CST

Associated Case Party: Eric Vanderwerff

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Brad McClellan | | brad.mcclellan@yahoo.com | 5/9/2025 1:39:35 PM | SENT |

Associated Case Party: Texas Department of Insurance-Division of Workers Compensation

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lauren McGee | | lauren.mcgee@oag.texas.gov | 5/9/2025 1:39:35 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer Foster | | Jennifer.Foster@oag.texas.gov | 5/9/2025 1:39:35 PM | SENT |